**Opinion issued January 24, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-01131-CR

## NO. 01-18-01132-CR

_____

## IN RE KEITH EDWARD HENDRICKS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Keith Edward Hendricks, acting pro se, has filed a petition for writ of mandamus requesting that we compel the trial court to rule on his article 11.07 application for a writ of habeas corpus.[1]

---

[1] The underlying case is *Ex parte Keith Hendricks*, cause numbers 1438707-A and 1438708-A, pending in the 178th District Court of Harris County, Texas, the Honorable Kelli Johnson presiding.

Because relator's petition reflects that he has filed an article 11.07 application for a writ of habeas corpus in the trial court, relator's mandamus petition relates to a pending post-conviction habeas corpus application involving a final felony conviction. *See* TEX. CODE. CRIM. PROC. art. 11.07. Only the Texas Court of Criminal Appeals has jurisdiction in post-conviction habeas corpus proceedings. *See Padieu v. Court of Appeals of Tex., Fifth Dist.*, 392 S.W.3d 115, 117 (Tex. Crim. App. 2013). "To complain about any action, or inaction, of the convicting court, the applicant may seek mandamus relief in the Court of Criminal Appeals." *In re Briscoe*, 230 S.W.3d 196, 196–97 (Tex. App.—Houston [14th Dist.] 2006, orig. proceeding); *see*, *e.g.*, *Benson v. Dist. Clerk*, 331 S.W.3d 431, 433 (Tex. Crim. App. 2011) (court of criminal appeals conditionally granted mandamus application against district clerk to compel performance of ministerial duty to receive and file article 11.07 application). This Court, however, has no authority to issue writs of mandamus pertaining to pending proceedings under article 11.07. *See In re Briscoe*, 230 S.W.3d 196, 197 (Tex. App.—Houston [14th Dist.] 2006, orig. proceeding)*; In re McAfee*, 53 S.W.3d 715, 717 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding).

Accordingly, we dismiss relator's petition for want of jurisdiction.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Landau.

Do not publish. TEX. R. APP. P. 47.2(b).